## Commonwealth ex rel. Barnett *v.* Barnett, Appellant.

Argued June 8, 1970. *Julius E. Fioravanti,* for defendant, appellant; *Frances E. Barnett,* relatrix, in propria persona, appellee.

Order affirmed.

## Commonwealth ex rel. Crisconi, Appellant, *v.* Crisconi.

Argued June 12, 1970. *Daniel L. Quinlan, Jr.,* for appellant; *Morris C. Solomon,* for appellee.

Order affirmed.